When support is sought in the paternity petition, as in the present proceeding, but the filiation order makes no provision for support, the order is not appealable as of right (see, Family Ct Act § 1112 [a]; *Matter of Jane PP. v Paul QQ.,* 64 NY2d 15, 17; *Matter of Plantz v Rounds,* 115 AD2d 951). Similarly, the order denying a motion to reopen the paternity proceeding based upon newly-discovered evidence (see, CPLR 5015 [a] [2]) is not an order of disposition appealable as of right (see, Family Ct Act § 1112 [a]; *Matter of Brenner v Brenner,* 57 AD2d 813, *lv dismissed* 48 NY2d 606, *appeal dismissed* 48 NY2d 713, *lv dismissed* 51 NY2d 766; *Matter of Lance S.,* 51 AD2d 1057; *Matter of Costa v Costa,* 34 AD2d 646). Because permission to appeal has not been granted, respondent's appeals from both orders are dismissed. (Appeal from Order of Erie County Family Court, Trost, J.H.O.—Paternity.) Present —Denman, P. J., Green, Balio, Fallon and Boehm, JJ.

■ In the Matter of CHERYL A. B., Respondent, v MICHAEL ANTHONY D., Appellant. (Appeal No. 2.) [602 NYS2d 583] —Appeal unanimously dismissed without costs. Same Memorandum as in *Matter of Cheryl A. B. v Michael Anthony D.* (197 AD2d 851 [decided herewith]). (Appeal from Order of Erie County Family Court, Townsend, J.—Re-Open Adjudication.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.

■ G. W. WHITE & SON, INC., Respondent, v RICHARD GO-SIER, Doing Business as RICHARD GOSIER CONSTRUCTION, Appellant. (Appeal No. 1.) [603 NYS2d 783] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gilbert, J. (Appeal from Judgment of Supreme Court, Jefferson County, Gilbert, J.—Breach of Contract.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.

■ G. W. WHITE & SON, INC., Respondent, v RICHARD GO-SIER, Doing Business as RICHARD GOSIER CONSTRUCTION, Appellant. (Appeal No. 2.) [603 NYS2d 783] —Appeal unanimously dismissed without costs (see, *Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988). (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.

■ CHARLES MELCHER, JR., Appellant, v DARRYL HANGGI, Respondent and Third-Party Plaintiff. SCOTT HULL, Doing Business as SCOTT HULL CONSTRUCTION COMPANY, Third-Party Defendant-Respondent. [604 NYS2d 865] —Order unanimously